

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2019

No. 04-18-00899-CV

Jennifer L. **ZUNIGA**, Individually and as Judgment Creditor and on Behalf of Christopher J. Medina,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE CO.**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI11445
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The appellant's third motion for extension of time to file brief is hereby GRANTED. Time is extended to March 4, 2019. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court